CONNOR T. GANTS, CASB No. 286426
connor.gants@bfkn.com
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone: (312) 984-3209
Facsimile: (312) 984-3150

Attorney for Defendant
CHOICE FINANCIAL GROUP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY GOMEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CHOICE FINANCIAL GROUP AKA CURRENT; and BLOCK, INC.<br><br>　　　　　　　Defendants. | Case No. 5:23-cv-00426-JGB-SHK<br><br>**CHOICE FINANCIAL GROUP'S CERTIFICATE OF CONFLICTS AND INTERESTED PARTIES** |

TO THIS HONORABLE COURT OF RECORD:

Pursuant to Local Rule 7.1-1 and Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Defendant CHOICE FINANCIAL GROUP ("Choice"), hereby certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal:

　　　　1.　　Plaintiff Tiffany Gomez;

　　　　2.　　Defendant Choice Financial Group;

　　　　3.　　Choice Bank, a division of Choice Financial Group;

　　　　4.　　Current; and

　　　　5.　　Defendant Block, Inc.

Choice further states, pursuant to Fed. R. Civ. P. 7.1, that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Choice acknowledges its continuing obligation to file an amended certification upon discovery of any additional relevant information hereto.

DATED: June 6, 2023              /s/ Connor T. Gants_____
                                 CONNOR T. GANTS

                                 BARACK FERRAZZANO
                                 KIRSCHBAUM & NAGELBERG LLP

                                 Attorney for Defendant
                                 CHOICE FINANCIAL GROUP