```
CONNOR T. GANTS, CASB No. 286426
connor.gants@bfkn.com
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone:   (312) 984-3209
Facsimile:   (312) 984-3150

Attorney for Defendant
CHOICE FINANCIAL GROUP
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY GOMEZ,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CHOICE FINANCIAL GROUP AKA CURRENT; and BLOCK, INC.<br><br>　　　　　　Defendants. | Case No. 5:23-cv-00426-JGB-SHK<br><br>**ORDER** |

　　　　On June 6, 2023, Plaintiff TIFFANY GOMEZ ("Plaintiff" or "Gomez") and Defendant CHOICE FINANCIAL GROUP ("Choice") filed a Joint Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3) (the "Stipulation").

　　　　The Court, having considered the Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

Choice is granted an extension of time to file a response to Plaintiff's Complaint. Choice's responsive pleading shall be filed on or before July 6, 2023.

IT IS SO ORDERED.

DATED: June 12, 2023

UNITED STATES DISTRICT JUDGE