**BARTHEL & BARTHEL, APC**
Nicholas Barthel, Esq. (319105)
nick@barthelbarthel.com
2173 Salk Ave., Ste. 250
Carlsbad, CA 92008
Telephone: (760) 259-0033
Facsimile: (760) 536-9010

*Attorney for Plaintiff*
*Tiffany Gomez,*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY GOMEZ,**<br>Plaintiff<br><br>**v.**<br><br>**CHOICE FINANCIAL GROUP, ET AL.**<br><br>Defendants | **Case No.: 5:23−cv−00426 HDV (SHKx)**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**HON. HERNÁN D. VERA** |

Plaintiff Tiffany Gomez ("Plaintiff") and Defendant CHOICE FINANCIAL GROUP ("Choice") jointly submit this report in accordance with the Court's June 23, 2023 Order.

**A.** **Date Case was Filed:** March 10, 2023

**B.** **Description of the Parties:**

      i. **Plaintiff:** Natural Person

      ii. **Defendant Choice:** Financial Institution

      iii. **Defendant Block Inc.:** Financial Institution (dismissed from case)

**C.** **Summary of Claims and Events:** Plaintiff brought this action against the above defendants under the Electronic Funds Transfer Act, 15 U.S.C. § 1693. Plaintiff alleges that she was a victim of theft, which led to the charges at issue. After requesting a refund of the charges, Plaintiff alleges her requests were denied.

**D.** **Status of Discovery:** This matter has been settled with both parties. A notice of dismissal with prejudice has been filed as to Block Inc. Plaintiff has also come to a resolution with Choice, however, the parties are in the process of finalizing the settlement. Due to this, the parties have not engaged in any discovery.

**E.** **Procedural History and Deadlines:** The complaint was served on the parties and shortly thereafter each defendant requested a 30-day extension to answer the complaint. Block, Inc. was given an extension to file an answer on July 5, 2023, however, Block was dismissed from the case with prejudice on July 6, 2023. Choice was given an extension to file an answer on July 6, 2023. As mentioned above, the parties have resolved the matter and are in the process of finalizing settlement. Therefore, Choice respectfully requests that this deadline be vacated. Dismissal of the action as a whole is likely to occur

1    within 45 days.

2    **F.**    **Magistrate Judge:** Parties will not consent to a magistrate judge for trial.

3    **G.**    **Case Management Conference:** There is no need for a Case Management

4    Conference to be scheduled as the action in its entirety will likely be

5    dismissed within 45 to 60 days.

6

7    Dated: 6 July 2023                              Respectfully submitted,

8

9                                   **BARTHEL & BARTHEL, APC**

10                                           By: _/s/ Nicholas Barthel_____

11                                           NICHOLAS R. BARTHEL, ESQ
                                             ATTORNEY FOR PLAINTIFF
12

13                         **Barack Ferrazzano Kirschbaum & Nagelberg LLP**

14

15                                           By: _/s/ Connor T. Gants_____

16                                           CONNOR T. GANTS, ESQ
                                             ATTORNEY FOR CHOICE
17

18                                   ATTESTATION

19        I attest that all other signatories listed, and on whose behalf the filing is
     submitted, concur in the filing's content and have authorized the filing.

20

21                                           /s/ Nicholas Barthel

22

23

24

25

26                              CERTIFICATE OF SERVICE

27    CASE NO.: 5:23−cv−00426 HDV (SHKx)        2 OF 3      *Gomez v. CHOICE FINANCIAL GROUP, et al.*
     **JOINT CASE MANAGEMENT STATEMENT**
28
                                         **2421968.V1**

1  I certified that I electronically submitted this document through the electronic case
2  filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an
   e-mail notification of the filing to the parties and counsel of record who are
3  registered with the Court's CM/ECF system.

4                                                              /s/ Nicholas Barthel

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  **CASE NO.: 5:23−cv−00426 HDV (SHKx)      3 OF 3      *Gomez v. CHOICE FINANCIAL GROUP, et al.***
                        **JOINT CASE MANAGEMENT STATEMENT**
28
                                   **2421968.V1**